PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Johnny Daniels    Cr.: 2:11CR0022-01
                                    PACTS #: 60373

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM J. MARTINI
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/30/2011

Original Offense: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Weapon

Original Sentence: 84 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Alcohol/Drug Treatment, No New Debt/Credit

Type of Supervision: Supervised Release    Date Supervision Commenced: 03/28/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender tested positive for marijuana on December 20, 2016. |

U.S. Probation Officer Action:
The offender was enrolled in the twelve week Moral Reconation Therapy Program offered by the United States Probation Office. In addition, the probation office will increase urine testing.

Respectfully submitted,

By: Jessica M. Alberts
    Senior U.S. Probation Officer
Date: 02/07/2017

Prob 12A – page 2
Latisha White

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

2/14/17
Date